478 A.2d 111

Commonwealth v. Ellis, Appellant.

Submitted May 4, 1984. Sharon L. Steingard, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.